IN THE SUPREME COURT OF TEXAS

 No. 12-0357

 CHCA WOMAN'S HOSPITAL, L.P. D/B/A THE WOMAN'S HOSPITAL OF TEXAS AND WOMAN'S
 HOSPITAL OF TEXAS, INC., Petitioners
 v.
 SCOTT LIDJI AND ANGELA LIDJI, AS NEXT FRIENDS OF R.L., A MINOR, Respondents

 On Petition for Review

ORDERED:

 1. Petitioner's emergency verified motion to stay discovery, filed
May 9, 2012, is granted. All written discovery and deposition notices
served by Plaintiffs, as well as all other discovery in the trial court,
except for the discovery permitted under sections 74.351(s) and (u) of the
Texas Civil Practice and Remedies Code, pending final disposition of the
Petition for Review of CHCA Woman's Hospital, L.P. and Woman's Hospital of
Texas, Inc., in Cause No. 2011-47867, styled Scott Lidji and Angela Lidji,
as next friend of R.L., a minor v. CHCA Woman's Hospital L.P. d/b/a Woman's
Hospital of Texas; Woman's Hospital of Texas, Inc.; William Scott Jarriel,
M.D.; Karen T. Deville, M.D.; Brenda H. McIntyre, M.D.; Deborah Selma Enad
de Guzman, M.D.; Medical Center Neonatology Associates, P.A., in the 11th
District Court of Harris County, Texas, is stayed pending further order of
this Court.
 2. The petition for review remains pending before this Court.

 Done at the City of Austin, this May 14, 2012.
 [pic]
 Blake A. Hawthorne, Clerk
 Supreme Court of Texas

 By Claudia Jenks, Chief Deputy Clerk